*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA642126** |
|---|---|
| Filing date: | **12/02/2014** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Change of Correspondence Address

| Proceeding. | 92059634 |
|---|---|
| Defendant | Defendant<br>Freud America, Inc. |

Please change the correspondence address for the above party here as follows:

| Old Correspondence Address | JESSICA A EKHOFF<br>PATTISHALL MCAULIFFE NEWBURY..... LLP<br>200 SOUTH WACKER DR, STE 2900<br>CHICAGO, IL 60606<br>UNITED STATES<br>jae@pattishall.com, tc@pattishall.com,<br>jnw@pattishall.com, docket@pattishall.com |
|---|---|
| New Correspondence Address | JESSICA A EKHOFF<br>PATTISHALL MCAULIFFE NEWBURY HIL-<br>LIARD & GERALDSON LLP<br>200 SOUTH WACKER DR, STE 2900<br>CHICAGO, IL 60606<br>UNITED STATES<br>jae@pattishall.com, tc@pattishall.com,<br>jnw@pattishall.com, docket@pattishall.com |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by Facsimile or email (by agreement only) on this date.

Respectfully submitted,
/Jessica A. Ekhoff/
Jessica A. Ekhoff
jae@pattishall.com, tc@pattishall.com, jnw@pattishall.com
12/02/2014